# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SIRONA DENTAL SYSTEMS, INC.; and ARGES IMAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> JIAN LU; ALEXEI HARVARD; LWF TECHNOLOGY LLC; MASHKOV TECH, LLC; AND LENSENSE, INC., <br><br> Defendants. | Case No. 2:15-cv-08777 RGK (AJWx) <br><br> **[~~PROPOSED~~] JUDGMENT** <br><br> Action Filed: November 10, 2015 <br><br> Hon. R. Gary Klausner |

1    Plaintiff's Motion for Establishment of Damages and Entry of Judgment came on for hearing on October 16, 2017 in the above-captioned court, the Honorable R. Gary Klausner presiding.

Upon consideration of Plaintiff's Motion and the entire records in this matter, pursuant to this Court's separate Order filed December 14, 2016 (ECF Dkt. No. 97) granting Plaintiff's Motion for Summary Judgment Against Defendant Jian Lu, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby enters final judgment in favor of Plaintiff as follows:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

Plaintiff's Motion is hereby GRANTED in full and judgment is entered in favor of Plaintiff Sirona and against Defendant Jian Lu as follows:

1) Defendant shall pay Plaintiff the total sum of $ **6,811,215.00**.

2) Post-judgment interest shall accrue at a rate of 10% per annum from the date of entry of this Judgment.

3) Plaintiff is the prevailing party and may recover its costs from Defendant to the extent ordered by the Court.

4) Finding no just reason to delay the entry of this Judgment, the Court hereby directs the entry of this Judgment as a final order pursuant to Federal Rule of Civil Procedure 54. The Court retains jurisdiction over this Judgment for the purpose of ensuring compliance with the terms hereof.

**IT IS SO ORDERED.**

Dated: October 19, 2017          _____
                                                    Honorable R. Gary Klausner

OHSUSA:766135856.1